**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR425-122 |
| | ) | CR408-210 |
| ANGELO HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Angelo Hamilton is indicted on one count of possession with intent to distribute fifty grams or more of methamphetamine, one count of possession with intent to distribute forty grams or more of a mixture or substance containing a detectable amount of Fentanyl, one count of possession with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, and one count of possession with intent to distribute a mixture or substance containing a detectable amount of cocaine base.  4:25-cr-122, doc. 1 (Indictment).  The United States Probation Office has also moved to revoke Hamilton's supervised release.  *See* 4:08-cr-210, doc. 49.  The Court previously granted Defendant's counsel's request for a competency evaluation in both cases.

1

4:08-cr-210, doc. 71; 4:25-cr-122, doc. 32. In the indicted matter, the parties have jointly moved for a modification of that Order. 4:25-cr-122, doc. 34. That Motion is **GRANTED**. 4:25-cr-122, doc. 34. For clarity and consistency, the Court **VACATES** the prior orders in both cases, 4:08-cr-210, doc. 71; 4:25-cr-122, doc. 32, and replaces them with this Order.

**IT IS ORDERED** that the defendant be examined and observed in accordance with 18 U.S.C. § 4241(b) and that a report be filed pursuant to 18 U.S.C. § 4247(b) and (c).

**IT IS FURTHER ORDERED** that the defendant be placed immediately in a suitable facility, to be designated by the Bureau of Prisons, for an examination to determine the mental competency of the defendant.

**IT IS FURTHER ORDERED** that the director and/or the treatment staff of the designated facility shall make a written report of their findings as soon as practicable to the Honorable Christopher L. Ray, United States Magistrate Judge, United States District Court, Southern District of Georgia, P.O. Box 8286, Savannah, Georgia 31412, to

2

Assistant United States Attorney John Patrick Harper, United States Attorney's Office, P.O. Box 8970, Savannah, Georgia 31401, and defense counsel Lindy Moody, the L. Moody Law Firm, P.C., 2126 E. Victory Drive #159, Savannah, Georgia 31404.   The designated facility shall state its opinion as to whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.   18 U.S.C. § 4241(a).

**IT IS FURTHER ORDERED** that the examiner's report shall include the pertinent information required by 18 U.S.C. § 4247(c).

**SO ORDERED** this 5th day of February, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

3