**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

ANGELO HAMILTON,

      Defendant.

CASE NO.: 4:25-cr-122
             4:08-cr-210

**O R D E R**

Angelo Hamilton is indicted on one count of possession with intent to distribute fifty grams or more of methamphetamine, one count of possession with intent to distribute forty grams or more of a mixture or substance containing a detectable amount of Fentanyl, one count of possession with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, and one count of possession with intent to distribute a mixture or substance containing a detectable amount of cocaine base. (4:25-cr-122, doc. 1 (Indictment).) The United States Probation Office has also moved to revoke his supervised release. (4:08-cr-210, doc. 49.) His counsel requested that his competence to proceed be evaluated, (see, e.g., 4:25-cr-122, doc. 30), and that evaluation has been completed, (see, e.g., 4:25-cr-122, doc. 37). The parties have stipulated that his examining physician's conclusion that he is competent to proceed is correct. (See 4:08-cr-210, doc. 75; 4:25-cr-122, doc. 38.)

Based on the parties' stipulation, the Court agrees with the examiner's undisputed conclusion and finds Hamilton **COMPETENT** to proceed in both cases pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 24th day of April, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA