**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

ANGELO HAMILTON,

    Defendant.

CASE NO.: 4:25-cr-122

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 23, 2026, Report and Recommendation, (doc. 50), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 50), as the opinion of the Court. Hamilton's Motion to Suppress is **DENIED**. (Doc. 21.)

It appearing that all pretrial motions in the above referenced case are now resolved and that this case is ready for trial, the Court hereby **DIRECTS** the parties to confer and file their second status report on or before July 17, 2026, notifying the Court as to the current status of the case. The parties are further **DIRECTED** to use Magistrate Judge Ray's Criminal Status Report form.

**SO ORDERED**, this 10th day of July, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA